# In the United States Court of Federal Claims

No. 09-515L
(Filed: June 27, 2011)

|  |  |
|---|---|
| MACY ELEVATOR, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**O R D E R**

     Defendant's unopposed motion, filed June 24, 2011, for leave to file the Axxion Right-of-Way map, attached as exhibit JC-2 to defendant's motion for partial summary judgment on the appropriate measure of valuation, on CD-ROM is **GRANTED**. Defendant will also provide the court with a courtesy paper copy of the Map.

**IT IS SO ORDERED.**

 

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge